## MURPHY v. PAUMIE.

No. 2075.   Decided January 24, 1910 (109 Pac. 10).

APPEAL AND ERROR—TIME FOR TAKING PROCEEDINGS—DISMISSAL.
An appeal in forcible entry and detainer not taken within the time prescribed will be dismissed. (Page 229.)

Appeal from District Court, Third District; *Hon. T. D. Lewis*, Judge.

Action by C. E. Murphy against C. Paumie.

Judgment for plaintiff. Defendant appeals.

DISMISSED.

*C. S. Patterson* for appellant.

*James Ingebretsen* for respondent.

STRAUP, C. J.

This is an action of forcible entry and detainer. The judgment was rendered and entered in the district court on the 29th day of January, 1909. It is not made to appear that a motion for a new trial was made. An appeal to this court was taken from the judgment on the 20th day of July, 1909. A motion was made to dismiss the appeal on the ground that it was not taken in time. On authority of the case of *Hunsaker v. Harris* (just decided) 109 Pac. 1, 37 Utah, 226, the motion is granted.

The appeal is, accordingly, dismissed, with costs to respondent.

It is so ordered.

FRICK and McCARTY, JJ., concur.